# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **BUFORD LEE BURKS,** | } |
| Plaintiff, | } |
| v. | } Case No.: 2:19-cv-00450-MHH |
| **PUBLISHERS CLEARING HOUSE,** et al., | } |
| Defendants. | } |

## ORDER

Plaintiff has submitted an application to proceed *in forma pauperis*. The Court finds that Plaintiff is indigent, and the application to proceed *in forma pauperis* (Doc. # 2) is hereby **GRANTED**. The Clerk is **DIRECTED** to file this action without prepayment of a fee.

**DONE** and **ORDERED** this March 15, 2019.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE